UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMIE FITZGERALD,<br><br>    Defendant. | Case No. 11-cv-04170-SLM  (JCS)<br><br>**ORDER DENYING EX PARTE MOTION**<br><br>**Dkt. No. 9** |

Plaintiff's Ex Parte Motion to Add Non-Debtor Spouse's Name and Debtor's Aliases to Abstract of Judgment is DENIED. The Court will not consider a motion to include a non-party in an Abstract of Judgment on an *ex parte* basis. *Cf. Oyakawa v. Gillett*, 8 Cal.App.4th 628 (1992). Plaintiff can re-file the motion with service on the non-party Plaintiff wishes to add.

**IT IS SO ORDERED.**

Dated: July 30, 2014

JOSEPH C. SPERO
United States Magistrate Judge